2-751266

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

---

ZIM AMERICAN INTEGRATED
SHIPPING SERVICES COMPANY
LLC

　　　　　　　　　　Plaintiff,

　　　　- against -

INTERNATIONAL RECYCLING
CONSULTANTS, INC.

　　　　　　　　　　Defendant.

---

CIVIL COMPLAINT
IN ADMIRALTY

　　　　Plaintiff ZIM AMERICAN INTEGRATED SHIPPING SERVICES COMPANY LLC, by its attorneys WALTON LANTAFF SCHROEDER & CARSON, as and for its Complaint against defendant, INTERNATIONAL RECYCLING CONSULTANTS, INC. in personam, in a cause of action civil and maritime, alleges upon information and belief:

　　　　1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, and the Ocean Shipping Reform Act of 1999, 46 U.S.C. App. Section 1701, et seq.

　　　　2. At all times hereinafter mentioned, plaintiff, ZIM AMERICAN INTEGRATED SHIPPING SERVICES COMPANY LLC. was and still is a corporation organized and existing under the laws of the State of New York, with offices and a place of business at 5801 Lake Wright Drive, Norfolk, VA 23502.

3. Upon information and belief and at all times hereinafter mentioned, defendant was and still is a corpotation organized and existing under the Laws of the State of Florida, with offices and a place of business at 1700 N. Dixie Highway, Suite 154, Boca Raton, Florida 33432, with an agent for service, Joseph Miceli, President, at the corporate address, and at 2700 N. federal Highway, Boca Raton, Florida 33432.

4. On or about the date February 5, 2014, defendant booked cargo with plaintiff conisiting of 2 containers of defendants goods to be delivered to plaintiff at Vancouver, Canada, and there to be carried to the port of destination as designated by defendant.( A copy of the Booking Note is annexed hereto as Ex. A)

5. Thereafter, the goods were received by plaintiff in Vancouver on February 20, 2014.

6. Defendant failed to give plaintiff shipping instructions, and the goods remained at Vancouver.

7. Despite repeated requests to defendant to either remove the containers, or provide shipping instructions, defendant failed to provide shipping instructions or remove the containers.

8. On May 7, 2014, plaintiff sent a Notice of Abandonmnet, and Statement of Account, advising defendant that the charges as of May 7, 2014, for Rehandling Fees, Gate Charges, Rail Surcharge, and Demurrage totaling $26,973.40 were now due. (A copy of the Notice of Abandonment and Statement are annexed hereto as Ex. B).

9. Defendant has failed to respoind or acknowledge that they have abandoned the goods, and demurrage charges totaling $178.00 per day, per container, totaling $67,996.00 to November 14, 2014 have accrued and continue to accrue.

10. Plaintiff has performed all acts required to be performed by plaintiff.

11. Defendant has failed to remove the containers or provide shipping instructions, and has failed to pay the $94,969.40 due as of November 14, 2014.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon from the respective dates due, costs, disbursements, and reasonable attorney's fees.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: Miami, Florida
November 14, 2014

WALTON LANTAFF SCHROEDER & CARSON

By_____
James T. Armstrong
Florida Bar No. 299685
Attorneys for Plaintiff
ZIM AMERICAN INTEGRATED SHIPPING
SHIPPING SERVICES LLC
9350 Financial Centre
9350 South Dixie Highway, 10th Floor
Miami, FL 33156
(305) 671-1300

OF COUNSEL:
LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

[Screenshot of booking registration software window — illegible details include booking reference ORF530647, customer INTERNATIONAL RECYCLING CONSULTANTS, TEGUH JAYA POLYMER SDN BHD, route LONDON / VANCOUVER (BC) / HONG KONG, contact AMANDA, email AMANDA@NOBLERECYCLING.COM, tel 561-416-2296, vessel EVAN, voyage 25, sig date 05/29/2014, etc.]

EXHIBIT "A"



# FINAL ALERT

07-May-2014

To: International Recycling Consultants

**Re: Booking No ORF539647**
**Container No.** TGHU4562180 and ZCSU2781176
**Vessel:** OOCL Asia
**Voy:** 67/W
**Port Of Loading:** Vancouver, Canada
**Port Of Discharge:** Hong Kong, Hong Kong

Dear Sir/Madam:

Please be advised that our exchange of correspondence concerning the above mentioned matter remains unanswered and/or without positive action on your part.

The above mentioned container arrived to Vancouver, Canada on 20-February-2014 but has been idle for over 82 days resulting in on going storage and demurrage charges. The charges accumulated to date are as follows:

Rehandling Fees – USD $1,163.00
Gate Charges – USD $232.60
Rail Surcharge – USD $116.80
Demurrage – USD $25461.00
Total Charges – USD $26,973.40

Please be advised that if we do not receive your instructions to arrange the release of this shipment within FIVE (5) days, we shall consider that you have no interest in same and disposal of the cargo by the Carrier will be commenced per Clause 19 of the Bill of Lading and without further notice in order to reduce the charges/expenses that are collecting.

All expenses, costs and/or damages caused to ZIM at the port of destination due to the failure of cargo interests to take timely delivery of the cargo shall be on your account.

Please be advised that the above is without prejudice, reserving all rights and immunities of ZIM Integrated Shipping Services, Ltd. as provided for under the relevant Bill of Lading and/or other applicable law.

Regards,

*Samantha Horvath*

Samantha Horvath
Area Unclaimed Cargo Coordinator – Claims, Insurance & Loss Prevention Department
ZIM American Integrated Shipping Services Co., Inc.
As Agent for ZIM Integrated Shipping Services, Ltd.

EXHIBIT "B"

**Zim Integrated Shipping Services Ltd**                                                      www.zim.com
5801 Lake Wright Drive Norfolk, Virginia 23502 **Tel.** 757-228-1300 **Fax.** 757-228-1307

## STATEMENT

**Customer**     INTERNATIONAL RECYCLING
**Address**      1700 N DIXIE HWY SUITE 154
**City, State zip**  BOCA RATON      FL            33432
**Attn:**        Amanda Gamble

| BL / Booking # | INVOICE # | POL/POD | VES/VOY | AMOUNT |
|---|---|---|---|---|
| ORF539647 | | USCHI HKHKG | LWE 25 W | 523.35 |
| ORF539647 | | USCHI HKHKG | LWE 25 W | 407.05 |
| ORF539647 | | USCHI HKHKG | LWE 25 W | 232.60 |
| ORF539647 | | USCHI HKHKG | LWE 25 W | 232.60 |
| ORF539647 | | USCHI HKHKG | LWE 25 W | 116.80 |
| ORF539647 | | USCHI HKHKG | LWE 25 W | 25461.00 |
| ZIMUORF507050 | | | | (0.18) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | 26973.22 |